Lawrence R. HILL, Appellant,

v.

STATE of Missouri, Respondent.

WD 77764

Missouri Court of Appeals, Western District.

ORDER FILED: October 6, 2015

Amy Bartholow, Columbia, MO, Counsel for Appellant.

Mary Moore, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

## ORDER

Per Curiam:

Lawrence R. Hill appeals from a judgment denying his post-conviction relief motion under Rule 24.035.

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed. Rule 84.16(b).